UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IN RE:                                              :
                                                    :
                                                    :    **ORDER**
PURDUE PHARMA L.P.,                                 :
                    Debtor.                         :
--------------------------------------------------------------x
AVRIO HEALTH L.P., et al.,                          :    21 CV 2674 (VB)
                    Plaintiffs,                     :
v.                                                  :    21 CV 3708 (VB)
                                                    :
AIG SPECIALTY INSURANCE COMPANY,                    :
et al.,                                             :
                    Defendants.                     :
--------------------------------------------------------------x

     Defendants in the above-captioned adversary proceeding have filed two motions in this Court seeking to withdraw the reference of the adversary proceeding from the Bankruptcy Court. In the first motion, defendants seek to withdraw the reference in its entirety. (21 CV 2674 Doc. #1). The second motion, filed in the alternative by certain "Arbitration Insurer" defendants, seeks, in the event the Court denies the motion to withdraw the reference in its entirety, to withdraw the reference for the limited purpose of deciding motions to compel arbitration and to dismiss for lack of personal jurisdiction. (21 CV 3708 Doc. #1).

     On June 29, 2021, counsel for defendants Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Insurance Corporation, filed a letter in 21 CV 2674 informing the Court of a June 29, 2021, order of the Bankruptcy Court granting a motion to stay claims against so-called "Arbitration Insurers" pending arbitration (the "Stay Order"). (21 CV 2674 Doc. #49).

     Accordingly, it is HEREBY ORDERED that, by **July 22, 2021**, counsel for plaintiffs shall file a **joint** letter on behalf of all parties stating whether the Stay Order moots the Arbitration Insurer defendants' motion to withdraw (21 CV 3708 Doc. #1). In addition, the letter should state what, if any, impact the Stay Order has on defendants' motion to withdraw the adversary proceeding in its entirety (21 CV 2674 Doc. #1). **The letter shall not exceed five pages**, and shall be filed on the docket in both proceedings (21 CV 2674 and 21 CV 3708).

Dated: July 1, 2021
      White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge